# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JODY MILLAGE, | Case No.: 2:19-cv-01557-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant | |

In light of defendant Smith's Food & Drug Centers, Inc.'s response to the order to show cause (ECF No. 11),

IT IS ORDERED that the order to show cause (ECF No. 7) is deemed satisfied, and I will not remand this matter at this time for lack of subject matter jurisdiction.

DATED this 1st day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE