# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JODY MILLAGE,

    Plaintiff(s),

v.

SMITH'S FOOD & DRUG CENTERS, INC.,

    Defendant(s).

Case No.: 2:19-cv-01557-APG-NJK

**Order**

The Court ordered the parties to file a proposed discovery plan by October 11, 2019. Docket No. 6. The parties violated that order. The Court hereby **ORDERS** the parties to file a discovery plan by October 23, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: October 18, 2019

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge