# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JODY MILLAGE,

    Plaintiff(s),

v.

SMITH'S FOOD & DRUG CENTERS, INC.,

    Defendant(s).

Case No.: 2:19-cv-01557-APG-NJK

**ORDER**

The parties filed a discovery plan representing that they have had no discussions regarding settlement. Docket No. 14 at 3. Pursuant to Rule 26(f)(2) of the Federal Rules of Civil Procedure, counsel were required to discuss the potential for settlement at their conference. Accordingly, counsel are **ORDERED** to confer in-person, telephonically, or by video on the potential for settlement by October 31, 2019, and to file a joint certification that they have done so by November 1, 2019

IT IS SO ORDERED.

Dated: October 24, 2019

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge