# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JODY MILLAGE,<br><br>   Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>   Defendant | Case No.: 2:19-cv-01557-APG-NJK<br><br>**Order** |

Pursuant to the scheduling order, the proposed joint pretrial order was due by October 5, 2020. ECF No. 21.  Nothing has been filed.

I THEREFORE ORDER that by October 30, 2020, the parties shall file the proposed joint pretrial order.  Failure to comply may result in dismissal with prejudice without further notice.

DATED this 9th day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE